# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2929
L.T. Case No. 2018-CA-002503

_____

DAIMON MCNAMARA,

    Appellant,

    v.

CLEVELAND CONSTRUCTION,
INCORPORATED OF NEVADA AND
BENDERSON DEVELOPMENT
COMPANY, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher M. Sprysenski, Judge.

Nicholas A. Shannin, of Shannin Law Firm, Orlando, for
Appellant.

Kevin D. Franz, of Boyd & Jenerette, Miami, for Appellee.

July 16, 2024

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————